IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **ROGER HOCK,** | : | |
| Plaintiff, | : | Case No. 3:07-cv-185 |
| -vs- | : | **District Judge Thomas M. Rose** |
| | | **Chief Magistrate Judge Michael R. Merz** |
| | : | |
| **COMMISSIONER OF SOCIAL SECURITY** | : | |
| Defendant. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #13), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on April 28, 2008, hereby ADOPTS said Report and Recommendations.

Accordingly, the Commissioner's Decision that Plaintiff is not disabled and not entitled to benefits under the Act is affirmed. The Clerk shall enter judgment accordingly.

May 1, 2008                                                             s/THOMAS M. ROSE

                                                                                    _____
                                                                                    Thomas M. Rose
                                                                                    United States District Judge